ment granted, and case set down for hearing on the first Wednesday of the January term.

RUSSELL v. LYTH. (Supreme Court, Appellate Division, Fourth Department. December 6, 1905.) Action by Joel W. Russell against Alfred Lyth.

PER CURIAM. Plaintiff's exceptions overruled, motion for a new trial denied, with costs, and judgment ordered for the defendant on the nonsuit, with costs.

WILLIAMS, J., dissents.

RUSSLEND, Appellant, v. BRIDGE et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 19, 1906.) Action by William B. Russlend against Edwin A. Bridge and John W. Souter. No opinion. Order affirmed on argument, with $10 costs and disbursements.

RYDER, Appellant, v. EATON et al., Respondents. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Edward S. Ryder against Henry W. Eaton and others. F. H. Kellogg, for appellant. E. E. Cooley, for respondents. No opinion. Judgment modified by striking out dismissal of complaint and granting leave to plaintiff to plead over, on payment of costs in this court and in the court below; and, as so modified, affirmed.

RYER, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1906.) Action by Fannie C. Ryer, as administratrix, etc., against the Prudential Insurance Company of America. No opinion. Motion for leave to appeal to the Court of Appeals granted.

SACHS, Appellant, v. ROSE, Respondent. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by Augustus Sachs against George L. Rose. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SACKETT et al., Respondents, v. MILHOLLAND, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Henry W. Sackett and others against John E. Milholland. J. M. Perry, for appellant. A. I. Elkus, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SALLIE, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Action by Marcella Sallie as administratrix against the New York City Railway Company. No opinion. Motion denied, with $10 costs.

SALMON, Appellant, v. SALMON et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Mark Salmon against Simon Salmon, as alleged executor, etc., of Jane Symons, deceased, and others.

PER CURIAM. Order setting aside verdict affirmed, with costs.

HOOKER, J., dissents.

(110 App. Div. 887)

SALOMON, Appellant, v. SALOMON, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Estelle L. Salomon against Sidney H. Salomon. I. N. Jacobson, for appellant. E. Van Schaick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on 101 App. Div. 588, 92 N. Y. Supp. 184.

SANDER, Respondent, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Frederick W. Sander against the New York & Harlem Railroad Company and others. A. S. Lyman, for appellants. J. C. Bushby, for respondent. No opinion. Judgment affirmed, with costs.

SARASOHN, Appellant, v. KAMAIKY et al., Respondents. KAMAIKY et al., Respondents, v. SARASOHN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Actions by Abraham Sarasohn against Rebecca Kamaiky and others and by Leon Kamaiky and others against Bertha Sarasohn, as administratrix, and others. No opinion. Motions denied, with $10 costs.

SARTORELLI, Respondent, v. EZAGUI, Appellant. (Supreme Court, Appellate Division, First Department. February 16, 1906.) Action by Angelus M. Sartorelli against Mary V. Ezagui, etc. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed.

SAVAGE, Respondent, v. BROOKYLN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1906.) Action by Anthony Savage, an infant, etc., against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

MILLER, J., dissents.

SCHAEFER, Respondent, v. ACKERMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Henry J. Schaefer against Louis Ackerman. No opinion. Judgment of the Municipal Court affirmed, with costs.

SCHARFF, Respondent, v. SCHARFF et al., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Emil F. Scharff against Margaretta Scharff and others. L. A. Cuvillier, for appellants. E. S. Cahn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SCHEU, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Divi-